# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES A. SIMMONS,** ) | |
|     **Plaintiff,** ) | Civil Action No. 05-459-DRH |
| ) | |
| **JO ANNE BARNHART,** ) | |
| **COMMISSIONER OF** ) | |
| **SOCIAL SECURITY,** ) | |
|     **Defendant.** ) | |

## ORDER

**HERNDON, District Judge:**

      Pursuant to agreement of the parties (Doc. 18), it is hereby ordered that this matter is remanded to the Commissioner of Social Security under sentence four of **42 U.S.C. § 405(g)**. Upon receipt of this Court's order of remand, the Appeals Council will remand the matter to an Administrative Law Judge for further proceedings and a new decision, with instructions to assess and articulate the credibility of Plaintiff's complaints of bouts related to Crohn's disease and irritable bowel syndrome; to obtain, if necessary, the opinion of a treating or consulting physician or a medical expert regarding the frequency and severity of such bouts; to determine whether Plaintiff's residual functional capacity should include any

limitations due to these conditions; and to obtain, if necessary, supplemental testimony from a vocational expert.

Judgment for Plaintiff will issue.

**IT IS SO ORDERED**.

Signed this 21st day of April, 2006.

<u>/s/          David   RHerndon</u>
**United States District Judge**